*Norton et al., Petitioners, v. Graham & Dunn, P.C., Respondent*, No. 93335-9. Petition for review of a decision of the Court of Appeals, No. 72818-1-I, April 18, 2016, 193 Wn. App. 1023. *Denied* November 2, 2016.

*Cronin, Respondent, v. Cent. Valley Sch. Dist., Petitioner*, No. 93337-5. Petition for review of a decision of the Court of Appeals, No. 33062-1-III, April 14, 2016, 193 Wn. App. 1022. *Denied* November 2, 2016.

*State, Respondent, v. Savage, Petitioner*, No. 93339-1. Petition for review of a decision of the Court of Appeals, No. 73962-0-I, April 18, 2016, 193 Wn. App. 1027. *Denied* November 2, 2016.

*State, Respondent, v. Harris, Petitioner*, No. 93347-2. Petition for review of a decision of the Court of Appeals, No. 46758-5-II, June 1, 2016, 194 Wn. App. 1017. *Denied* November 2, 2016.

*State, Respondent, v. Abdulle, Petitioner*, No. 93348-1. Petition for review of a decision of the Court of Appeals, No. 72799-1-I, April 25, 2016, 193 Wn. App. 1033. *Denied* November 2, 2016.

*State, Respondent, v. Rubedew, Petitioner*, No. 93349-9. Petition for review of a decision of the Court of Appeals, No. 47183-3-II, May 10, 2016, 193 Wn. App. 1050. *Denied* November 2, 2016.

*In re Det. of Brooks*, No. 93350-2. Petition for review of a decision of the Court of Appeals, No. 46760-7-II, April 19, 2016, 193 Wn. App. 1028. *Denied* November 2, 2016.

*State, Respondent, v. Pamon, Petitioner*, No. 93355-3. Petition for review of a decision of the Court of Appeals, No. 72803-2-I, April 18, 2016, 193 Wn. App. 1023. *Denied* November 2, 2016.